UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ETELKA BRIKSZA, *et al.*,

      Plaintiffs,                        Case No. 23-11487

      v.                                 Hon. George Caram Steeh
                                        Hon. Kimberly G. Altman

BOB FONTANA, *et al.*,

      Defendants.
_____/

ORDER ADOPTING REPORT AND RECOMMENDATION,
GRANTING DEFENDANTS' MOTIONS TO DISMISS,
DENYING PLAINTIFFS' MOTIONS, AND DISMISSING COMPLAINT

On February 1, 2024, Magistrate Judge Kimberly G. Altman issued a report and recommendation proposing that the court grant Defendants' motions to dismiss, deny Plaintiffs' motions, and dismiss the case. No timely objections have been filed.

With respect to reports and recommendations from magistrate judges, this court "shall make a de novo determination of those portions of the report or specified proposed findings or recommendations to which objection is made." 28 U.S.C. § 636(b)(1)(C). The court "may accept, reject or modify, in whole or in part, the findings or recommendations made by the magistrate." *Id*.

- 1 -

Upon review of the report and recommendation, and having received no objection, the court agrees with Magistrate Judge Altman's thorough and well-reasoned analysis and conclusions.

Therefore, IT IS HEREBY ORDERED that Magistrate Judge Altman's report and recommendation (ECF No. 48) is ACCEPTED and ADOPTED as the order of the court.

IT IS FURTHER ORDERED that Plaintiffs' motions (ECF Nos. 12, 21, 38) are DENIED.

IT IS FURTHER ORDERED that Defendants' motion to dismiss (ECF No. 7, 13, 35) are GRANTED and Plaintiffs' complaint is DISMISSED.

Dated: February 28, 2024

                         s/George Caram Steeh
                         HON. GEORGE CARAM STEEH
                         UNITED STATES DISTRICT JUDGE

CERTIFICATE OF SERVICE

Copies of this Order were served upon attorneys of record on February 28, 2024, by electronic and/or ordinary mail and also on the following:

Etelka Briksza
2601 Jackson Ave #1176
Ann Arbor, MI 48103

Robert Briksza
23 Meyer Avenue
Valley Stream, NY 11581

Rudolf Briksza
2601 Jackson Avenue #1176
Ann Arbor, MI 48103

Tomas Briksza
290 West Jamaica Ave
Valley Stream, NY 11580

Mirsha Lopez
2820 The Mall Street #6
Los Angeles, CA 90023

s/LaShawn Saulsberry
Deputy Clerk